IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

*U. S. DISTRICT COURT*
*Eastern District of Louisiana*
*FILED NOV 2 2 2004*
*LORETTA G. WHYTE*
*Clerk*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|      Respondent, | |
| | Crim. No. 00-CR-105-13 |
|   vs. | Section "B"(3) |
| DANIEL HENDERSON, | |
|      Petitioner. | |

## NOTICE OF APPEAL

COMES NOW, Petitioner, Daniel Henderson, respectfully gives notice of his intentions to appeal the order of the Honorable Ivan L.R. Lemelle, United States District Court Judge, dated September 24, 2004, in Cause No. 00-CR-105-13, denying Petitioner's motion for relief pursuant to 28 U.S.C. § 2255.

Respectfully submitted,

Dated:  November 18, 2004

Daniel Henderson, pro se
Reg. No. 27004-034, Bldg. E-2
P. O. Box 5000
Oakdale, LA 71463

X Fee _not paid_
___ Process _____
X Dktd _____
X CtRmDep _____
Doc. No. _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA,

      Respondent,

  vs.

DANIEL HENDERSON,

      Petitioner.

Crim. No. 00-CR-105-13

Section "B"(3)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact photocopy of the fore-going: NOTICE OF APPEAL, MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL and APPLICATION FOR THE ISSUANCE OF A CER-TIFICATE OF APPEALABILITY, was placed in the F.C.I. Oakdale institutional legal mail receptacle, first class postage and fees pre-paid, on this 18th day of November, 2004, to:

    Maurice E. Landrieu
    Assistant United States Attorney
    501 Magazine Street
    New Orleans, LA 70130

                           *Daniel Henderson*

                          Daniel Henderson, pro se
                          Reg. No. 27004-034, Bldg. E-2
                          P. O. Box 5000
                          Oakdale, LA 71463

U.S. POSTAGE
OAKDALE LA
NOV 18 '04
$00.00
0110130 4-04
AMOUNT
$0.00

92061

Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, LA 70130

Daniel Henderson
Reg. No. 27004-034
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA 71463