



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-105 |
| DANIEL HENDERSON | SECTION "B" (3) |

**CERTIFICATE OF APPEALABILITY**

    A notice of appeal from a final order in a proceeding under Title 28 U.S.C. 2255 has been filed. Considering the record in the case and the requirement of Title 28 U.S.C. § 2253, the court hereby orders that:

☐   a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☒   a certificate of appealability shall not be issued for the following reason(s):
_Frivolous attack, lacking factual or legal basis — no substantial showing of denial of const. rights — See O+R denying § 2255 relief + prior appeal —_

Date: 11/29/04             _____
                                            UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
NOV 2 9 2004

