IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>vs.<br><br>DANIEL HENDERSON,<br><br>    Petitioner. | Crim. No. 00-CR-105-13<br><br>Section "B"(3)<br><br>MOTION FOR LEAVE TO PROCEED<br>IN FORMA PAUPERIS ON APPEAL |

MOTION FOR LEAVE TO PROCEED
IN FORMA PAUPERIS ON APPEAL

COMES NOW, DANIEL HENDERSON, Petitioner, asks leave of the Court pursuant to 28 U.S.C. § 1915(a) to proceed on appeal in this 28 U.S.C. § 2255 action in forma pauperis. Petitioner's financial condition is such that Petitioner is unable to pay the costs associated with these proceedings.

Petitioner is providing an attached sworn document styled: APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT with accompanying prison account statement as evidence of his indigency (Exhibit A). In accord with Neitzke v. Williams, 490 U.S. 319, 324 (1989), and in the discretion of this Honorable Court, Petitioner hereby requests to be declared indigent and proceed on appeal in forma pauperis without paying future costs associated with this cause.

                                                  Respectfully submitted,

Dated: November 18, 2004

                                                  */s/ Daniel Henderson*
                                                  Daniel Henderson, pro se
                                                  Reg. No. 27004-034, Bldg. E-2
                                                  P. O. Box 5000
                                                  Oakdale, LA 71463

# UNITED STATES DISTRICT COURT

FOR THE EASTERN    District of    LOUISIANA

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 00-CR-105-13
"SECTION B" (13)

I, __DANIEL HENDERSON__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __F.C.I. Oakdale, Oakdale, LA 71463__

    Are you employed at the institution? __yes__    Do you receive any payment from the institution? __Yes__.

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions. Attachted.

2. Are you currently employed?    ☒ Yes    ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. I make approximately $ __140__ per month.
    I am employed by Unicor, P.O. Box 5060, Oakdale, LA 71463

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☐ Yes | ☒ No |
    | f. | Any other sources | ☐ Yes | ☒ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have **any** cash or checking or savings accounts?      ☒ Yes      ☐ No

    If "Yes," state the total amount.  $ 2.16

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?      ☐ Yes      ☒ No

    If "Yes," describe the property and state its value.
    N/A

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
    N/A

I declare under penalty of perjury that the above information is true and correct.

_November 18, 2004_                             _/s/ Daniel Henderson_
Date                                              Signature of Applicant
                                                  DANIEL HENDERSON

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Inmate Inquiry                                                                🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 27004034 | Current Institution: | Oakdale FCI |
| Inmate Name: | HENDERSON, DANIEL | Housing Unit: | EVANGELINE |
| Report Date: | 11/17/2004 | Living Quarters: | E03-213L |
| Report Time: | 2:58:12 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 4416 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 12/14/2001 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 11/16/2004 6:19:11 PM |
| Account Status: | Active |
| ITS Balance: | $0.19 |

**FRP Plan Information**

FRP Plan Type        Expected Amount    Expected Rate

## Account Balances

| | |
|---|---|
| Account Balance: | $2.16 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $2.16 |
| National 6 Months Deposits: | $1,257.85 |
| National 6 Months Withdrawals: | $1,379.97 |
| National 6 Months Avg Daily Balance: | $29.47 |
| Local Max. Balance - Prev. 30 Days: | $157.51 |
| Average Balance - Prev. 30 Days: | $4.95 |

Inmate Qualifies for OTC Medication

## Commissary History

### Purchases

Validation Period Purchases: $10.20
YTD Purchases: $376.97
Last Sales Date: 11/16/2004 6:19:11 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $10.20
Remaining Spending Limit: $279.80

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

**Comments:**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>vs.<br><br>DANIEL HENDERSON,<br><br>    Petitioner. | Crim. No. 00-CR-105-13<br><br>Section "B"(3) |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact photocopy of the foregoing: <u>NOTICE OF APPEAL</u>, <u>MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL</u> and <u>APPLICATION FOR THE ISSUANCE OF A CERTIFICATE OF APPEALABILITY</u>, was placed in the F.C.I. Oakdale institutional legal mail receptacle, first class postage and fees pre-paid, on this 18th day of November, 2004, to:

Maurice E. Landrieu
Assistant United States Attorney
501 Magazine Street
New Orleans, LA 70130

*Daniel Henderson* (signature)
Daniel Henderson, pro se
Reg. No. 27004-034, Bldg. E-2
P. O. Box 5000
Oakdale, LA 71463