U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  NOV 2 9 2004

LORETTA G WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA      CRIMINAL ACTION

VERSUS      NUMBER: 00-105

DANIEL HENDERSON      SECTION: B

### ORDER

Considering the application and affidavit to proceed *in forma pauperis*,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed *in forma pauperis*.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☒ the motion is DENIED; the party is not entitled to proceed *in forma pauperis* for the listed reasons: _Frivolous grounds for appeal - see O+R of 8/24/04, R.D. #74)._

New Orleans, Louisiana, this 29th day of Nov , 2004.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
DEC 0 1 2004

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No. 80