# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

January 23, 2006

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130



No. 04-31178  USA v. Henderson
    USDC No.  2:00-CR-105-2
              2:03-CV-715

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 5 ) Volumes    ( 1 ) Sealed Envelope    (  ) Boxes

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

By: _Cindy V Tyler_
      Cindy V. Tyler, Deputy Clerk
      504-310-7695

cc: w/encl:
    Mr Daniel Henderson
    Mr Stephen A Higginson

MDT-1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____