IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED JUN - 2 2008
LORETTA G. WHYTE
Clerk

DANIEL HENDERSON
Defendant

§
§
§
§

Criminal Docket No. 00-105-002

B(3)

Vs.

UNITED STATES OF AMERICA
Respondent

---

**MOTION TO REDUCE SENTENCE PURSUANT
TO TITLE 18 U.S.C. 3582(c)(2)**

---

COMES NOW, Petitioner Daniel Henderson, pro-se in the above entitled cause of action humbly requesting this Honorable Court to use its descretion and grant him a reduction in his sentence pursuant to the U.S. Sentencing Commission Retroactive Amendment 706, effective March 3, 2008.

The District Court makes two-2 determinations in deciding whether or not to modify a sentence under 18 U.S.C. 3582(c)(2).

Under the first determination, the sentencing court considers what sentence it would have imposed had the retroactive amenedment been in effect at the time. Mr. Henderson was sentenced U.S.S.G. 1B1.10(b) P.S. The District Court determines what sentence it would have imposed had the new sentencing range been the range at the time of the original sentencing, leaving untouched all other previous factual decisions concerning particularized

TENDERED FOR FILING
JUN - 2 2008
U.S. DISTRICT COURT
Eastern District of Louisiana

___Fee_____
___Process____
_X_Dktd_____
_X_CtRmDep___
___Doc. No.___

1

sentencing factors. See <u>UNITED STATES Vs. WYATT</u>, 115 F.3rd 606, 609 (8th Cir. 1997), such factors include inter alia, role in the offense, obstruction of justice, victim adjustments, more than minimal planning, and acceptance of responsibility. Id.

## I
## FACTUAL BASIS

On April 11, 2000, Mr. Henderson was arrested along with Co-defendant Craig Baldwin at Baldwin's alleged residence, in Ponchatoula, Louisiana. After the apprehension of him and his Co-defendant, a search of the residence was conducted.

The search led to the discovery of approximately 160 grams of cocaine base (crack) and approximately 100 grams of hydrocloride (powder). In additon to the drugs in the residence 8 grams of cocaine base (crack) and 8 grams of hydrocloride was found in Mr. Henderson pants pockets. (Factual Basis Attached)

## II
## ELIGIBILITY

On Oct 25, 2000, Mr. Henderson plead guilty to (count-2) of his indictment. Count-1, a conspiracy of the same amount was <u>dismissed</u>, before the Honorable Judge Ivan Lemelle, Section B.

Count-2, consisted of Possession with the Intent to Distribute 50 Grams or more of Cocaine Base (crack), and less than 500 grams of hydrocloride (powder), a violation of Title 21 U.S.C.

§ 841(A)(1). A statutory sentence of 10 years to life.

He was sentenced to 160 grams of crack cociane. Category 4 Level 31, a guideline range of (151 -188) months, he recieved the low end of the guideline at 151 months, Mr. Henderson's current projected release date is April 8, 2011. Mr. Henderson is seeking a new guideline range of (121 - 151 months), with his new sentence staying consistant with the original sentence at the low end. This would result in a 30 month reduction from 151 months to 121 months.

Mr. Henderson is not a career offender nor was he sentenced to over 4500 grams of crack. He was sentenced 31 months over his statutory minimum of 10 years, no other enhancements or sanctions interfere. Mr. Henderson is eligible for a full 2 Level Reduction.

### III
### PUBLIC SAFETY CONSIDERATION

Mr. Henderson possesses no public safety factors to the community, Mr. Henderson's custody classification rates his public safety at none, Mr. Henderson custody level is rated minimum (lowest possible). His violence level is rated none, Mr. Henderson has no violent history and is considered a non-violent criminal, (copy of his custody classification form has been attached for verification).

Mr. Henderson has a high school diploma, has also attended a vocational school for office occupations, and was a entry level college student at Southeastern Louisiana University.

He has 7 years of on the job experience here at Oakdale

3

Unicor Industrial Textile Factory, all which shows he is employable and poses no threat to the community.

## IV
## POST SENTENCE CONDUCT

Mr. Henderson has a very <u>positive and productive</u> post sentence history. Mr. Henderson has satisfied all of his fines on time, Mr. Henderson has currently been employed at Oakdale Unicor Textile Factory (7) of his (8) years of incarceration.

He has recieved a level 5 rating (highest possible) by his supervisors over the last (6) years of his employment.

He has also recieved a (rare) performance bonus, (Unicor Work Performance Evaluation)(Attached).

Mr. Henderson also work as a recreation aide with the Oakdale Recreation Department, he has recieved several referee certifications for various sports. He has also been recognized by the Oakdale Rec. Dept. Staff with an <u>Outstanding Official and Leadership Award</u>, he is currently the Oakdale F.C.I. Sports Commissioner.

Mr. Henderson has over 500 hrs of educational credits and over 30 educational certificates, he is currently enrolled in educational courses, he has completed a 40 hr Drug Program, a 50 hr Business Entertainment Promotion Course, and he has completed a 180 hr Industrial Sewing Class. (educational data transcript attached).

Mr. Henderson is described as a model prisoner, of his

8 years of incarceration, Mr. henderson recieved only (2) minor incident reports, one for possessing unauthorized items and another for giving/or recieving money without authorization, both (300) series incidents in which are described as moderate by Unit Staff.

Mr. Henderson has used his incarcerated time constructively, he works in the Unicor Textile Factory from 7:20 am - 3:20 pm Monday-Friday, he is also the Sports Commissioner over several recreational leagues in the evenings, he also coordinates recreation holiday events for the Rec. Staff on holidays, all while maintaining educational courses, and obtaining educational credits and certificates.

## SUMMARY

During the original sentence, Judge Lemelle acknowledged the poor quality and low purity of the drugs possessed.

He also acknowledged the severity of the crack guidelines and <u>100-to-1</u> disparity. I ask that this mind state is revived in this new consideration. (See Sentencing Transcript pg. 32 at 17 attached).

I pray that I have convinced the court that I'm eligible and warranted of a 2 Level Reduction. That my over 8 years of incarceration is sufficient that a reduction would not disrespect the integrity of the law. His educational background and non-violent history warrants no public safety factors, and his post-sentence has been positive and productive.

Along with his close family ties and a strong faith that has matured, he prays that he is given a full 2 Level Reduction.

Respectfully Submitted

*Daniel Henderson*
Daniel Henderson, pro-se
Reg. No. 27004-034
F.C.I. Oakdale
P.O. Box 5000
Oakdale, LA. 71463

## CERTIFICATE OF SERVICE

I, Daniel Henderson, Petitioner in the foregoing motion to Reduce Sentence, under penalty of perjury, state that I have mailed a true and correct copy of this motion to:

Office of the Clerk
United States District Court, Eastern District of LA.
500 Poydras Street (C-151)
New Orleans, LA. 70130

by placing same in the U.S. Mail, Postage Prepaid, at the mail receptacle at the Federal Correctional Institution, Oakdale, Louisiana, on this __28__ day of __MAY__, 200__8__

*Daniel Henderson*
Petititoner

Daniel Henderson (27004-034)
Federal Correction Institution
P.O. Box
Oakdale LA, 71463

Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

TENDERED FOR FILING
JUN - 2 2008
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U.S. POSTAGE PAID
OAKDALE, LA
71463
MAY 30, 08
AMOUNT $0.00
00059115-05

CERTIFIED MAIL
7007 1490 0004 0553 3910

