U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 1 0 2000
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 00-105 |
| v. | * | SECTION: "B" |
| DANIEL HENDERSON | * | |

\* \* \*

## FACTUAL BASIS

If this case was to proceed to trial the Government would present credible testimony and reliable evidence to prove the following facts beyond a reasonable doubt;

In March 2000 Louisiana State Trooper Michael Haight learned from a confidential informant that Craig Baldwin and Daniel Henderson were involved in the distribution of cocaine. Trooper Haight verified the information and applied for a search warrant for Baldwin's residence.

On or about April 11, 2000, at approximately 3:15 p.m., Honorable Judge Grace Gasaway of Tangipahoa Parish issued a State of Louisiana Search Warrant to search Baldwin's residence located at 110 Ford Street in Ponchatoula, Louisiana.

On or about April 11, 2000, at approximately 4:30 p.m., Trooper Michael Haight along with other members of the Louisiana State Police Narcotic Section executed the search warrant at Baldwin's residence. Upon executing the search warrant at 110 Ford Street in Ponchatoula,

1

000035

Louisiana, Craig Baldwin and Daniel Henderson attempted to evade arrest by running out the back door of the residence. After the apprehension of Baldwin and Henderson, a search of the residence was conducted. The search of the residence lead to the discovery of approximately 160 grams of cocaine base, 100 grams of cocaine hydrochloride, and 30 grams of marijuana inside of the residence. In addition to the narcotics located in the residence, approximately 8 grams of cocaine base and 8 grams of cocaine hydrochloride were located in the pants pocket of Henderson along with approximately three hundred and fifty-three dollars ($353.00). Trooper Haight also located approximately five thousand nine hundred fifty dollars ($5,950.00) in U.S. Currency in the residence. Trooper Haight also located mail that was addressed to Baldwin at 110 Ford Street, Ponchatoula, Louisiana.

At trial the Government would produce the evidence seized pursuant to the search warrant as well as the testimony of the Louisiana State Troopers and the confidential informant.

_____ 1/14/00
Maurice E. Landrieu, Jr.   (date)
Assistant United States Attorney

_____
Anne Turissini   (date)
Attorney for Defendant

_____
Daniel Henderson   (date)
Defendant

2

```
                          (A) IDENTIFYING DATA
REG NO..: 27004-034       FORM DATE: 12-03-2007              ORG: DSC
NAME....: HENDERSON, DANIEL
                                   MGTV: GRTR SECU
PUB SFTY: NONE                     MVED: 12-03-2009
                           (B) BASE SCORING
DETAINER: (3) MODERATE    SEVERITY.......: (3) MODERATE
MOS REL.: 40              CRIM HIST SCORE: (06) 9 POINTS
ESCAPES.: (0) NONE        VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A         AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                           (C) CUSTODY SCORING
TIME SERVED....: (4) 26-75%   PROG PARTICIPAT: (2) GOOD
LIVING SKILLS..: (1) AVERAGE  TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT: (3) NONE     FAMILY/COMMUN..: (4) GOOD

                    --- LEVEL AND CUSTODY SUMMARY ---
BASE  CUST  VARIANCE  SEC TOTAL  SCORED LEV  MGMT SEC LEVEL  CUSTODY  CONSIDER
+14   +19     -3        +11       MINIMUM       LOW            IN     DECREASE

G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

1. Public Safty — none
2. Violence — NONE
3. Frequency of Disipline — none
4. Custody level — minimum
5. Program Participation — Good
6. Family Communication — Good

# UNICOR WORK PERFORMANCE EVALUATION RECORD

NAME: HENDERSON, DANIEL  
(LAST, FIRST, MIDDLE INITIAL)

REGISTER NUMBER: 27004-034

UNIT: E-2  
DATE HIRED: 06/11/01

INSTITUTION CODE: 1 0 8  
INDUSTRY CODE: O A C S

EVALUATION BEGIN DATE (MMDDYY): 1 0 0 1 0 6  
EVALUATION END DATE (MMDDYY): 0 3 3 1 0 7

Rating Scale: 1=Much Worse than Average   2=Worse than Average   3=Average   4=Better than Average   5=Much better than Average

(DH) Inmate Initials  
Supervisor Initials

| Salary | Quality Assurance | Personal Conduct/Hygiene | Punctuality/Productivity | Compliance with Work Standards | Total |
|---|---|---|---|---|---|
| 5 | 5 | 5 | 5 | 5 | 25 |

Comments: _____

---

INSTITUTION CODE: 1 0 8  
INDUSTRY CODE: O A C S

EVALUATION BEGIN DATE (MMDDYY): 0 4 0 1 0 7  
EVALUATION END DATE (MMDDYY): 0 9 3 0 0 7

Rating Scale: 1=Much Worse than Average   2=Worse than Average   3=Average   4=Better than Average   5=Much better than Average

(DH) Inmate Initials  
Supervisor Initials

| Salary | Quality Assurance | Personal Conduct/Hygiene | Punctuality/Productivity | Compliance with Work Standards | Total |
|---|---|---|---|---|---|
| 5 | 5 | 5 | 5 | 5 | 25 |

Comments: _____

ORIGINAL

ORIGINAL - Stays with UNICOR  
Copies - One copy to Case Manager after each Evaluation Period

FPI-44  
Rev. 11/95

# 40 & Older Outstanding Official and Leadership Award




Presented to

## Daniel "Smoove" Henderson

For your dedication to FCI Recreation Department for making all the right calls.



Recreation Specialist
06-11-2007
FCC Oakdale




```
OAK2Q                    *    INMATE EDUCATION DATA      *   05-04-2008
PAGE 001 OF 001          *         TRANSCRIPT            *   08:32:54
REGISTER NO: 27004-034        NAME..: HENDERSON
FORMAT.....: TRANSCRIPT       RSP OF: OAK-OAKDALE FCI        FUNC: PRT
```

```
                        EDUCATION INFORMATION
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME  STOP DATE/TIME
OAK  ESL HAS    ENGLISH PROFICIENT       11-21-2000 1722  CURRENT
OAK  GED HAS    COMPLETED GED OR HS DIPLOMA 11-30-2000 1741 CURRENT
```

```
                          EDUCATION COURSES
SUB-FACL  DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV  HRS
OAK       SELF-STUDY GOAL SETTING (RP6) 04-16-2008 04-24-2008  P   C  P    8
OAK       RECREATION AIDES              02-19-2008 02-25-2008  P   C  P    8
OAK       RECREATION AIDES              04-16-2007 04-22-2007  P   C  P    8
OAK       REFEREE BASKETBALL            04-16-2007 04-22-2007  P   C  P    8
OAK       REFEREE VOLLEYBALL            09-05-2006 10-14-2006  P   C  P    8
OAK       REFEREE VOLLEYBALL            05-01-2006 06-01-2006  P   C  P    8
OAK       RECREATION AIDES              05-01-2006 06-01-2006  P   C  P    8
OAK       SMOKING CESSATION (RP1)       03-04-2006 03-27-2006  P   C  P    8
OAK       WELLNESS                      03-04-2006 03-27-2006  P   C  P    8
OAK       RECREATION AIDES              03-04-2006 03-25-2006  P   C  P    8
OAK       REFEREE BASKETBALL            03-04-2006 03-25-2006  P   C  P    8
OAK       AEROBICS CLASS (RP1)          04-11-2005 06-17-2005  P   C  P   30
OAK       RECREATION AIDES              05-07-2005 05-29-2005  P   C  P    8
OAK       REFEREE BASKETBALL            05-07-2005 05-29-2005  P   C  P    8
OAK       DRUG NON-RES COMPLETE (RP6)   09-19-2001 01-18-2002  P   C  P   40
OAK       HPDP/INFECTIOUS DISEASES/7-11A 02-23-2001 02-23-2001 P   C  P    3
OAK       INDUSTRIAL SEWING             03-22-2001 05-14-2001  P   C  M  180
OAK       COPING                        03-13-2001 03-15-2001  P   C  P    6
OAK       COMM DRIVERS LICENSE          01-16-2001 03-08-2001  P   C  P   32
OAK       INTRO TO FAMILY               03-07-2001 03-07-2001  P   C  P    2
OAK       BASIC BUSINESS LAW/M-F 6-8 PM 02-14-2001 02-16-2001  P   C  P    4
OAK       SELF STUDY/OWN HOME           12-28-2000 02-16-2001  P   C  P    8
OAK       AVIATION MAINTENANCE          12-13-2000 12-28-2000  P   C  P   12
OAK       MANAGING YOUR PERSONAL INCOME 12-12-2000 12-27-2000  P   C  P    6
OAK       MONEY SKILLS SELF STUDY       12-19-2000 12-28-2000  P   C  P    8
OAK       SELF STUDY/ETHICS             12-15-2000 12-20-2000  P   C  P    8
OAK       SELF-STUDY ECONOMICS          12-06-2000 12-15-2000  P   C  P    8
OAK       FOOD SERVICE PREPARTAION      12-12-2000 12-12-2000  P   C  B    4
OAK       DISCIPLINE IN FAMILY          12-08-2000 12-08-2000  P   C  P    2
OAK       OFFICE PROCEDURES             11-28-2000 11-28-2000  P   C  P    2
```

```
G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

# Certificate of Achievement

This is to certify that

DANIEL HENDERSON

has satisfactorily completed the requirements of the

*Industrial Sewing Program*

Given on this 11th day of MAY 200 1, by the Education Department of FCI Oakdale, Louisiana



_____
Vocational Training Coordinator

_____
Instructor

# Certificate of Achievement

This certifies that

Daniel Henderson

has satisfactorily completed

Business Entertainment Promotion

Consisting of  50   Hours of Training

This certificate is hereby issued this  17th  day of  October , 20 07

_____  
Instructor

_____  
Supervisor



# Recreation Aide Class

Presented to

## Daniel Henderson

For successfully completing the Recreation Aides Course at FCI Oakdale and receiving 8 hours of Education Credit



Recreation Spec. M. Seemion

Date: 02-24-2008
FCI Oakdale






# Recreation Aide Class

Presented to

## Henderson

For successfully completing the Recreation Aides Course at FCI Oakdale and receiving 8 hours of Education Credit

Recreation Spec. M. Seemion
Date: 04-24-2007
FCI Oakdale



# PARTICIPATION

This Participation Award is Presented to

**D. Henderson**

For Outstanding Participation in the

**Recreation Aides Course 06**

Rec Spec Seemion





# diploma

This certificate is given for the completion of the Recreation Aides Course held at FCC Oakdale.

Presented To:

**Henderson**

Presented by: **Rec. Specialist M. Seemion**
Instructor

May 28, 2005





# MEMORIAL DAY 2006

## TO

## D. Henderson

### FOR YOUR ASSISTANCE IN COORDINATING THE HOLIDAY EVENTS

By: Recreation Specialist M. Seemion

Date 06/29/2006

**PARTICIPATION**

This Participation Award is Presented to

**D. Henderson**

For Outstanding Participation in the

**Volleyball Official Course 06**

Rec Spec Seemion



# Basketball Referee Class

Presented to

## Henderson

For successfully completing the Basketball Referee Course at FCI Oakdale and receiving 8 hours of Education Credit

Recreation Spec. M. Seemion
Date: 04-24-2007
FCI Oakdale

# "B" League World Champions
## Warriors








Awarded on July 15, 2005.

Presented to:

Coach
Daniel Henderson

Congratulations on Winning the 2005 "B" Basketball League at F.C.I. Oakdale, La.

Marcus Constantine
Sport Specialist



# 2007 40 & Older Basketball Fall League Champions

## Coach D. Henderson

For receiving 1st Place in the 40 & Older League



Recreation Specialist
10-1-2007
FCC Oakdale




1  years old, again, born in the Independence, Louisiana area, a
2  high school graduate, brief college attendance, unemployed since
3  November of '96. Prior to that, sporadic employment, primarily
4  as a laborer. He also reports a history of abuse involving
5  marijuana. Has a prior drug distribution conviction and armed
6  robbery conviction as well as a conviction for possession of
7  stolen property. He too was on parole at the time he committed
8  the instant offense. It was also committed less than two years
9  following his release from state imprisonment custody.
10     Mr. Baldwin, however, by United States Sentencing
11 Guidelines, Section 4b.1.1, is, for guideline calculation
12 purposes, considered a career offender, based upon that prior
13 drug distribution conviction and that armed robbery conviction.
14     As a result of that career offender's status, his
15 offense level is 3 levels higher than it would ordinarily be and
16 his criminal history category is one category higher. Again,
17 however, because of the severity of the guideline range, even at
18 the lowest end of 262 months of incarceration, the low end
19 sentence under the guidelines would be in order to somewhat
20 compensate not only for the one hundred to one ratio crack
21 cocaine to cocaine hydrochloride under the sentencing guidelines,
22 but also for the same reasons that I gave in mitigation that Mr.
23 Henderson offered in regards to, at least, the quality of the
24 drugs and the percentages of what might have been additives to
25 the drugs as opposed to the illegal substance itself.