UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES  OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 00-105 |
| DANIEL HENDERSON | * | SECTION: "B" |

### NOTICE OF APPEAL TO THE
### FIFTH CIRCUIT COURT OF APPEALS
### FROM THE JUDGMENT OF THE DISTRICT COURT

Notice is hereby given that Daniel Henderson, defendant herein, appeals to the United States Court of Appeals from the judgment of the United States District Court, Honorable Ivan L.R. Lemelle, United States District Judge.  The United States District Court rendered its Order denying the Motion for Sentencing Reduction Pursuant to 18 U.S.C. § 3582(c)(2) on June 13, 2008, and the judgment was entered into the record on June 20, 2008.

According to Rule 4(b) of the Rules of Appellate Procedure, notice of appeal in a criminal case is to be timely filed with the Clerk of the District Court within ten days "after the entry of the judgment or order appealed from."

**WHEREFORE,** this Notice of Appeal is timely filed and hereby notices the court of Mr. Henderson's desire to appeal said judgment to the Fifth Circuit Court of Appeals.

Respectfully submitted this 23rd day of June, 2008.

VIRGINIA LAUGHLIN SCHLUETER
Federal Public Defender


/s/ GARY V. SCHWABE, JR.
GARY V. SCHWABE, JR.
Assistant Federal Public Defender
500 Poydras Street
Hale Boggs Federal Building, Room 318
New Orleans, Louisiana 70130
(504)589-7930
E-mail: gary_schwabe@fd.org
Bar Roll No. 19780

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Carol Michel, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/ GARY V. SCHWABE, JR.
GARY V. SCHWABE, JR.
Assistant Federal Public Defender