```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA      *    CRIMINAL NO. 00-105

        v.                    *    SECTION:  "B"

DANIEL HENDERSON              *

                          *   *   *
```

## MOTION AND INCORPORATED MEMORANDUM
## TO ENROLL AS ADDITIONAL COUNSEL

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully requests that this Court enter an order allowing Carol L. Michel be enrolled as additional counsel of record for the United States.  Undersigned has represented the United States as to the issues concerning the motion for reduction of defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2) as a result of Amendment 706 of the United States Sentencing Guidelines.

1

**WHEREFORE** undersigned counsel respectfully requests that she be enrolled as additional counsel of record for the United States of America.

          Respectfully submitted,

          JIM LETTEN
          UNITED STATES ATTORNEY

          /S/ Carol L. Michel
          CAROL L. MICHEL (Bar #14226)
          Assistant United States Attorney
          500 Poydras Street, Room 210-B
          New Orleans, Louisiana  70130
          Telephone:  (504) 680-3095
          Carol.Michel@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

          /S/ Carol L. Michel
          CAROL L. MICHEL
          Assistant United States Attorney