```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA       *      CRIMINAL NO. 00-105

        v.                     *      SECTION:  "B"

DANIEL HENDERSON               *

                         *     *      *
```

### **O R D E R**

Considering the foregoing,

**IT IS HEREBY ORDERED** that CAROL L. MICHEL be enrolled as additional counsel of record for the United States of America in the above-captioned case.

New Orleans, Louisiana, this ____ day of _____, 2008.

---

                              UNITED STATES DISTRICT JUDGE