UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION NO: 00-105** |
| v. | * | SECTION: "B" |
| **DANIEL HENDERSON** | * | |

\* \* \*

**O R D E R**

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that the government's motion under Rule 36 of the Federal Rules of Criminal Procedure to correct clerical error is **GRANTED.**

**IT IS FURTHER ORDERED** that the Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) dated June 13, 2008, be and is hereby **CORRECTED** to state the undisputed guideline range as follows:

**I. Court Determination of Guideline Range**

Previous Offense Level: _____
Criminal History Category: _____
Previous Guideline Range: _____ to _____ months

Amended Offense Level: _____
Criminal History Category: _____
Amended Guideline Range: _____ to _____ months

In all other respects, the Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) dated June 13, 2008, remains in effect.

New Orleans, Louisiana, this ____ day of _____, 2008.

_____
**UNITED STATES DISTRICT JUDGE**