UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION NO: 00-105** |
| **VERSUS** | **SECTION: "B"** |
| **DANIEL HENDERSON** | |

### ORDER

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that the government's motion under Rule 36 of the Federal Rules of Criminal Procedure to correct clerical error is **GRANTED.**

**IT IS FURTHER ORDERED** that the Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) dated June 13, 2008, be and is hereby **CORRECTED**, and that the Order shall indicate, in lieu of completing Section I: Court Determination of Guideline Range, that the Court adopts the undisputed findings of the screening team as indicated on the Crack Amendment Eligibility Information Sheet dated March 27, 2008, with respect to the Guideline Calculations Pursuant to Amendment 706 to the United States Sentencing Guidelines. In all other respects, the Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) dated June 13, 2008, remains in effect.

New Orleans, Louisiana, this 28th day of June , 2008.

**UNITED STATES DISTRICT JUDGE**