IN THE UNITED STATES DISTRICT COURT

FOR THE __Eastern__ DISTRICT OF __Louisiana__

---

UNITED STATES OF AMERICA      Docket No. __00-105-"B"(3)__

VS.

__Daniel Henderson__
__17064-034__

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED JUL - 3 2008 wf

NOTICE OF APPEAL

LORETTA G. WHYTE
Clerk

NOW INTO COURT comes __Daniel Henderson__, the defendant, appearing through pro se representation, and hereby gives this Notice Of Appeal, appealing this Court's denial of his __18 U.S.C. 3582(c)(2)__ Motion, dated __June 20__, 200__8__, to the United States Court of Appeals, For The __5th__ Circuit.

RESPECTFULLY SUBMITTED

*Daniel Henderson*

PRO SE REPRESENTATION
P.O. BOX 5000
OAKDALE, LOUISIANA  71463

CERTIFICATE OF SERVICE

I HEREBY CERRTIFY that a true and correct copy of this foregoing notice of appeal has been mailed postage pre-paid on this __30__ day of __June__, 200__8__, to the ~~Assistant United States Attorney~~, __Clerk of Court Eastern District Louisiana__ at _____.

**TENDERED FOR FILING**

JUL - 3 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

*Daniel Henderson*
6/30/08

___ Fee
___ Process
_X_ Dktd
_X_ CtRmDep
___ Doc No.

Daniel Henderson 27004-034
Federal Correction Institution
P.O. Box 5000
Oakdale, LA. 71463

**CERTIFIED MAIL**

7007 1490 0004 0554 2684

U.S. District Court
Eastern District of Louisiana
500 Camp St. (Room 151)
New Orleans, LA. 70130

ALEXANDRIA
01 JUL 2008

