IN THE UNITED STATES DISTRICT COURT

FOR THE <u>Eastern</u> DISTRICT OF <u>Louisiana</u>

U. S. DISTRICT COURT
Eastern District of Louisiana

UNITED STATES OF AMERICA

FILED JUL - 9 2008

Docket No. <u>00-105-"B"(3)</u>

VS.

<u>Daniel Henderson</u>
<u>27004-034</u>

LORETTA G. WHYTE
Clerk

NOTICE OF APPEAL

NOW INTO COURT comes <u>Daniel Henderson</u>, the defendant, appearing through pro se representation, and hereby gives this Notice Of Appeal, appealing this Court's denial of his <u>18 U.S.C. 3582(c)(2)</u> Motion, dated <u>June 20</u>, 200<u>8</u>, to the United States Court of Appeals, For The <u>5th</u> Circuit.

RESPECTFULLY SUBMITTED

*Daniel Henderson*

PRO SE REPRESENTATION
P.O. BOX 5000
OAKDALE, LOUISIANA  71463

CERTIFICATE OF SERVICE

I HEREBY CERRTIFY that a true and correct copy of this foregoing notice of appeal has been mailed postage pre-paid on this <u>1</u> day of <u>July</u>, 200<u>8</u>, to the ~~Assistant United States Attorney~~, _____, at _____. clerk of Court, Eastern District of LA. 500 Poydras S[t] Rm 151 New Orleans, LA 70130

TENDERED FOR FILING

JUL / 9 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

*Daniel Henderson*
7/1/08

___ Fee _____
___ Process _____
X  Dktd _____
X  CtRmDep _____
___ Doc No. _____

Daniel Henderson (27004-034)
Federal Correction Institution
P.O. Box 5000
Oakdale, LA. 71463

Clerk of Court, U.S. District
Eastern District of Louisiana
500 Poydras St (Rm C-151)
New Orleans, LA. 70130

CERTIFIED MAIL

7007 1490 0004 0554 2721






