**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte
Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

July 15, 2008

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

APPEAL NO 08-30615

*U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED JUL 15 2008 LORETTA G. WHYTE CLERK*

RE: USA V DANIEL HENDERSON    CR 00-105 B

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

\_\_\_ 1) Certified copy of the notice of appeal and docket entries

\_\_\_ 2) Certified copy of notice of a cross-appeal and docket entries.

\_\_\_ 3) The Court of Appeals docket fee \_\_\_ HAS  \_\_\_ HAS NOT been paid

\_\_\_ 4) This case is proceeding in forma pauperis

\_\_\_ 5) Order Appointing Counsel   \_\_\_ CJA-20   \_\_\_ FPD

\_\_\_ 6) District Judge Entering the final judgment is_____

\_\_\_ 7) Court Reporter assigned to the case _____

\_\_\_ 8) If criminal case, number and names of other defendants on appeal

\_\_\_ 9) This case was decided without a hearing; there will be no transcript.

\_\_\_ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

  x   1) **Certified** Electronic Copy of Record on appeal:

   \_\_\_ Volume(s) of record    \_\_\_ Volume(s)of transcripts

   \_\_\_ Volume(s) of depositions

   \_\_\_ Container(s) of exhibits \_\_\_envelope \_\_\_ expansion folder

\_\_\_ 2) Supplemental records_____

\_\_\_ 3) SEALED DOCUMENT_____

\_\_\_ 4) Other _____

Very truly yours,

By  Alicia Phelps
    Deputy Clerk