U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  AUG 1 2008

LORETTA G. WHYTE
CLERK

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 30, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 08-30615 USA v. Henderson
      USDC No. 2:00-CR-105-2

We received on July 11, 2008 a notice of appeal filed on July 3, 2008. We believe this is a duplicate of the notice filed on June 23, 2008. We are not assigning a case number to this notice.

      Sincerely,

      CHARLES R. FULBRUGE III, Clerk

      By: _____
      Nancy Dolly, Deputy Clerk
      504-310-7683

cc:  Ms Robin Elise Schulberg
     Mr Gary V Schwabe Jr
     Mr Maurice Landrieu
     Ms Carol Loupe Michel

CLK-1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____